IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** and **THE STATE OF TEXAS**, *ex rel.* Cecilia Young, and **CECILIA YOUNG**, individually,<br><br>        Plaintiffs,<br>v.<br><br>**KINDRED HEALTHCARE, INC., KINDRED AT HOME**, **GIRLING HEALTH CARE, INC.**, and **HARDEN HEALTHCARE, LLC**,<br><br>        Defendants. | Case 1:18-cv-00806-RP |

**PROPOSED AGREED SCHEDULING ORDER**

Pursuant to the Court's Order dated July 15, 2020, the Parties respectfully submit a proposed Agreed Scheduling Order, which is attached hereto as Exhibit A.

Dated: July 24, 2020                                Respectfully submitted,

**FOR RELATOR:**

| | |
|---|---|
| **BROWN, LLC**<br>**Lead Counsel**<br><br>*/s/ Jason T. Brown*<br>Jason T. Brown<br>    (*pro hac vice* application forthcoming)<br>Patrick S. Almonrode<br>    (*pro hac vice* application forthcoming)<br>Benjamin Lin<br>    (*pro hac vice* application forthcoming)<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>(877) 561-0000 (office)<br>(855) 582-5297 (fax)<br>jtb@jtblawgroup.com<br>patalmonrode@jtblawgroup.com<br>ben.lin@jtblawgroup.com | **DEAN OMAR BRANHAM SHIRLEY, LLP**<br>**Local Counsel**<br><br>*/s/ Charles W. Branham III*<br>Charles W. Branham III<br>Attorney-in-Charge<br>Texas Bar No. 24012323<br>Federal Bar No. 1098949<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>(214) 722-5990 (office)<br>(214) 722-5991 (fax)<br>tbranham@dobllp.com |

1

**FOR DEFENDANTS:**

**BARNES & THORNBURG LLP**
/s/ *Lucas C. Wohlford*
Lucas C. Wohlford
State Bar No. 24070871
*lwohlford@btlaw.com*
2121 N. Pearl St., Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199